UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>　　　　　Plaintiff,<br>v.<br><br>TIM WALZ, in his official capacity as Governor of the State of Minnesota,<br><br>　　　　　Defendant. | Civil Action No. 0:24-cv-01748<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF COUNSEL JOSHUA P. THOMPSON** |

## AFFIDAVIT OF MOVANT

　　I, Brandon C. Beyer, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Joshua P. Thompson, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Northern District of California, but not admitted to the bar of this court, who will be counsel for the Plaintiff American Alliance for Equal Rights in the case listed above.

　　I am aware that the local rules of this court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

　　Dated: May 15, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brandon C. Beyer
　　　　　　　　　　　　　　　　　　　　　　　　Brandon C. Beyer

1

Minn. Bar No. 403249
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel.: (916) 419-7111
Fax: (916) 419-7747
BBeyer@pacificlegal.org

## AFFIDAVIT OF PROPOSED ADMITTEE

I, Joshua P. Thompson, am currently a member in good standing of the U.S. District Court for the Northern District of California, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by LR 83.5(d). I further understand that although LR 83.5(d) does not itself require that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules. I further understand that pursuant to LR 83.6(a), if this Court grants me admission pro hac vice I must comply with the Minnesota Rules of Professional Conduct. I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Dated: May 15, 2024.

                                                     /s/ Joshua P. Thompson
                                                   Joshua P. Thompson*
                                                   Cal. Bar No. 250955
                                                   Pacific Legal Foundation
                                                   555 Capitol Mall, Suite 1290
                                                   Sacramento, CA 95814
                                                   Tel.: (916) 419-7111
                                                   Fax: (916) 419-7747
                                                   JThompson@pacificlegal.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, the Motion for Admission Pro Hac Vice of Counsel Joshua P. Thompson will be served upon Defendants via U.S. Mail and/or with the Complaint and Summons.

/s/ Brandon C. Beyer  
Brandon C. Beyer