UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>TIM WALZ, in his official capacity as Governor of the State of Minnesota,<br><br>Defendant. | Civil Action No. 0:24-cv-01748<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff American Alliance for Equal Rights makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Plaintiff American Alliance for Equal Rights have a parent corporation and/or wholly owned subsidiary?

No

2. Is 10% or more of the stock of Plaintiff American Alliance for Equal Rights owned by a publicly held corporation?

No

Dated: May 16, 2024.

/s/ Brandon C. Beyer
BRANDON C. BEYER
Minn. Bar. No. 0403249
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
BBeyer@pacificlegal.org

/s/ Joshua P. Thompson
JOSHUA P. THOMPSON*
Cal. Bar No. 250955
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
JThompson@pacificlegal.org

* *Pro Hac Vice motion pending*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2024, Plaintiff's Rule 7.1 Corporate Disclosure Statement will be served upon Defendants via U.S. Mail and/or with the Complaint and Summons.

/s/ Brandon C. Beyer
Brandon C. Beyer
