# United States District Court
## District of Minnesota

American Allianc for Equal Rights,
a nonprofit corporation

        Plaintiff(s),

v.

Tim Walz, in his official capacity as Governor
of the State of Minnesota
        Defendant(s).

Court File No.
0:24-cv-01748

AFFIDAVIT OF SERVICE

---

State of Minnesota
County of Ramsey
(County affidavit signed in)

David J. Lunda, Being duly sworn, on oath says: that on the 20th day of May, 2024 at 10:09am he served the following: Complaint for Delaratory and Injunctive Relief; Motion for Admission Pro Hac Vice of Cousel Joshua P. Thompson; Plaintiff's Rule 7.1 Corporate Disclosure Statement on Tim Walz, in his official capacity as Governor of the State of Minnesota through the Minnesota Attorney General therein named, personally at 445 Minnesota Street, Suite 1800, St. Paul, 55101, County of Ramsey, State of Minnesota, by handing to and leaving with Christopher M. Kaisershot, Assistant Attorney General, an expressly authorized agent for service a true and correct copy thereof.

Subscribed and Sworn to Before Me this
22nd Day of May, 2024 by David J. Lunda

_____
Notary Public

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-214-8312