UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TIM WALZ, in his official capacity as Governor of the State of Minnesota,<br><br>Defendant. | Civil File No. 0:24-cv-01748-PJS-JFD<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Assistant Attorney General, Erin Farmer, shall appear as counsel of record in this case for Defendant Tim Walz in his official capacity as Governor of the State of Minnesota.

*Signature on following page*

Dated: June 6, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

s/ Erin Farmer
ERIN FARMER
Assistant Attorney General
Atty. Reg. No. 0402662

445 Minnesota Street, #1400
St. Paul, Minnesota 55101-2131
(651) 757-1263 (Voice)
(651) 297-2576 (Fax)
Erin.Farmer@ag.state.mn.us

ATTORNEY FOR DEFENDANT TIM WALZ, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF MINNESOTA