UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TIM WALZ, in his official capacity as Governor of the State of Minnesota,<br><br>Defendant. | Civil File No. 0:24-cv-01748-PJS-JFD<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Assistant Attorney General, Nicholas Lienesch, shall appear as counsel of record in this case for Defendant Tim Walz in his official capacity as Governor of the State of Minnesota.

*Signature on following page*

Dated: June 10, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

s/ Nicholas Lienesch
NICHOLAS LIENESCH
Assistant Attorney General
Atty. Reg. No. 0392322

445 Minnesota Street, #1400
St. Paul, Minnesota 55101-2131
(651) 757-1315 (Voice)
(651) 297-2576 (Fax)
Nicholas.Lienesch@ag.state.mn.us

ATTORNEY FOR DEFENDANT TIM WALZ, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF MINNESOTA