**The Office of**
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

August 16, 2024

**VIA E-FILING**

The Honorable John F. Docherty
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

    Re:    *American Alliance for Equal Rights v. Walz*
             **Court File No. 0:24-cv-01748-PJS-JFD**

Dear Magistrate Judge Docherty:

    I write on behalf of the parties in the above-referenced matter. A status conference with your Honor is scheduled for Wednesday, August 21, 2024 at 1:00 PM via Zoom. I have conferred with counsel for Plaintiff, and while counsel for both parties are available to meet at that time, we do not anticipate having substantive matters to discuss or updates to provide to the Court this early in the discovery process.

    In the interest of efficiency and if it pleases the Court to do so, I write to request rescheduling of the August 21, 2024 status conference sometime further along in discovery, perhaps 60 to 90 days in the future. I have confirmed with counsel for Plaintiff that they consent to this rescheduling request.

    Thank you for your time and consideration.

                                               Respectfully,

                                               /s/ **Erin Farmer**
                                             ERIN FARMER
                                             Assistant Attorney General

                                             (651) 757-1263 (Voice)
                                             (651) 297-2576 (Fax)
                                             Erin.Farmer@ag.state.mn.us

                                             *Attorney for Defendant Tim Walz, in his Official*
                                             *Capacity as Governor of the State of Minnesota*