UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation<br><br>Plaintiff,<br>v.<br><br>TIM WALZ, in his official capacity as Governor of the State of Minnesota,<br><br>Defendant. | Civil Action No. 0:24-cv-01748<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Joshua P. Thompson is withdrawing as counsel and Caleb R. Trotter is substituting as counsel for Plaintiff American Alliance for Equal Rights in this case.

Brandon C. Breyer continue as counsel to Plaintiff American Alliance for Equal Rights. The withdrawal and substitution of counsel will not delay the progress of this case, and the trial is set more than 90 days before this notice in August 2025.

Dated: October 22, 2024.

/s/ Brandon C. Beyer
BRANDON C. BEYER
Minn. Bar. No. 0403249
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
BBeyer@pacificlegal.org

1

Dated: October 22, 2024.

/s/ Joshua P. Thompson
JOSHUA P. THOMPSON*
Cal. Bar No. 250955
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
JThompson@pacificlegal.org

Dated: October 22, 2024.

/s/ Caleb R. Trotter
Caleb R. Trotter*
Cal. Bar No. 305195
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel.: (916) 419-7111
Fax: (916) 419-7747
CTrotter@pacificlegal.org

*pro hac vice

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, the forgoing document was filed via the court's electronic filing system, which provides notice of filing to the following:

ERIN FARMER
Assistant Attorney General
Erin.Farmer@ag.state.mn.us

NICHOLAS LIENESCH
Assistant Attorney General
Nicholas.Lienesch@ag.state.mn.us

/s/ Brandon C. Beyer
Brandon C. Beyer