# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation, | |
| Plaintiff, | Civil Action No. 0:24-cv-01748-PJS-JFD |
| v. | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| Tim Walz, in his official capacity as Governor of the State of Minnesota, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Unopposed Motion for Leave to Amend Complaint (Dkt. No. 25). For the reasons stated in that Motion,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to Amend Complaint is granted. Plaintiff shall file the First Amended Complaint forthwith.

Dated: January 2, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge

1