UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>TIM WALZ, in his official capacity as Governor of the State of Minnesota,<br><br>        Defendant. | Civil File No. 0:24-cv-01748-PJS-JFD<br><br>**[PROPOSED] ORDER TO MODIFY SCHEDULING ORDER** |

On January 8, 2025, the above-entitled matter came before the undersigned United States Magistrate Judge. The Court, having received the arguments of counsel, and based upon the pleadings, records, motions, and memoranda filed herein, **HEREBY ORDERS**:

1. Defendant's Uncontested Motion to Modify Scheduling Order is GRANTED;

2. The Court's Scheduling Order shall be modified such that the discovery deadline shall be changed from February 14, 2025 to March 28, 2025, and the dispositive-motion deadline shall be changed from April 21, 2025 to June 2, 2025.

Dated: _____, 2025        BY THE COURT

_____
JOHN F. DOCHERTY
United States Magistrate Judge