UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, | Case No. 24-CV-1748 (PJS/JFD) |
| Plaintiff, | |
| | BRIEFING ORDER |
| TIM WALZ, | |
| Defendant. | |

---

The Court has been informed that the parties intend to bring cross-motions for summary judgment. The motions have been scheduled for Wednesday, May 28, 2025 at 8:30 a.m. in Courtroom 15 (MPLS) before Judge Patrick J. Schiltz. The Court directs that the cross-motions be briefed as follows:

**1. Defendant's Principal Memorandum.** On April 9, 2025, Defendant must file a memorandum in support of his motion for summary judgment.

**2. Plaintiff's Principal and Response Memorandum.** By April 23, 2025, Plaintiff must file a memorandum in support of its motion for summary judgment and must, in the same memorandum, respond to Defendant's memorandum in support of his motion for summary judgment.

**3. Defendant's Response and Reply Memorandum.** By May 7, 2025, Defendant must file a memorandum that responds to Plaintiff's memorandum in support of its motion

for summary judgment and may, in the same memorandum, reply to Plaintiff's response to Defendant's motion for summary judgment.

**4. Plaintiff's Reply Memorandum.** By May 21, 2025, Plaintiff may file a memorandum in reply to Defendant's response to Plaintiff's motion for summary judgment.

Plaintiff's two memoranda together must not exceed 12,000 words. Defendant's two memoranda together must not exceed 12,000 words. To the extent a party's summary-judgment motion depends on the exclusion of expert testimony under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), the *Daubert* arguments must be made as part of that party's summary-judgment motion and not in a separate *Daubert* motion. *Daubert* arguments that are not part of a party's summary-judgment motion but instead seek to exclude testimony from being admitted in the event of a trial should be brought as pretrial motions in limine in accordance with the trial notice. Trial notices are issued after the Court resolves the parties' summary-judgment motions. Except insofar as this order is to the contrary, all memoranda must comply with the Federal Rules of Civil Procedure and Local Rules of the District of Minnesota.

SO ORDERED.

Dated: February 6, 2025        s/Patrick J. Schiltz
                               Patrick J. Schiltz, Chief Judge
                               United States District Court