IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>TIM WALZ, in his official capacity as Governor of the State of Minnesota,<br><br>Defendant. | Civil Action No. 0:24-cv-01748-PJS-JFD |

**JOINT STIPULATION OF DISMISSAL**

Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant jointly stipulate as follows.

1. On May 15, 2024, the Alliance sued Defendant, claiming that Minn. Stat. §148E.025, subdiv. 2(e) unconstitutionally requires the Governor to consider race and ethnicity when appointing members to the Board of Social Work. Compl. (Doc.1) ¶¶25-30; *accord* Am-Compl. (Doc.28) ¶¶24-29.

2. On February 7, 2025, Defendant responded to the Alliance's first set of requests for admission. Defendant denied that "Minn. Stat. §148E.025, subd. 2(e) requires Defendant to consider the race of potential appointees to the Board." Defendant also denied that "Minn. Stat. 148E.025, subd. 2(e) limits the pool of qualified candidates" based on race or ethnicity.

3. The parties acknowledge that the appointment process to the Board of Social Work is governed by applicable federal and state laws, including the Equal Protection Clause.

4. Defendant denies that he violated any laws in appointing members to the

1

Board of Social Work and further denies all liability. Defendant agrees to continue to comply with the laws in his appointment practices.

5.   This lawsuit is hereby dismissed with prejudice, with both sides paying their own attorney's fees and costs.

| | |
|---|---|
| Dated:  April 3, 2025 | Respectfully submitted, |
| /s/ Erin Farmer<br>Nicholas Lienesch<br>Assistant Attorney General<br>Atty. Reg. No. 0392322<br><br>Erin Farmer<br>Assistant Attorney General<br>Atty. Reg. No. 0402662<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1263 (Voice)<br>(651) 297-2576 (Fax)<br><br>*Attorneys for Defendant Tim Walz, in his Official Capacity as Governor of the State of Minnesota* | /s/ Brandon C. Beyer<br>Brandon C. Beyer<br>Minn. Bar. No. 0403249<br>Pacific Legal Foundation<br>3100 Clarendon Boulevard<br>Suite 1000<br>Arlington, VA 22201<br>Telephone: (202) 888-6881<br>BBeyer@pacificlegal.org<br><br>/s/ Caleb R. Trotter<br>Caleb R. Trotter<br>Cal. Bar No. 305195*<br>Pacific Legal Foundation<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA 95814<br>Telephone: (916) 419-7111<br>CTrotter@pacificlegal.org<br>Counsel for Plaintiff<br>*Pro Hac Vice*<br><br>*Counsel for Plaintiff American Alliance for Equal Rights* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, the forgoing document was filed via the court's electronic filing system, which provides notice of filing to the following:

ERIN FARMER
Assistant Attorney General
Erin.Farmer@ag.state.mn.us

NICHOLAS LIENESCH
Assistant Attorney General
Nicholas.Lienesch@ag.state.mn.us

/s/ Brandon C. Beyer
Brandon C. Beyer