# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation<br><br>Plaintiff,<br>v.<br><br>TIM WALZ, in his official capacity as Governor of the State of Minnesota,<br><br>Defendant. | Civil Action No. 0:24-cv-01748-PJS-JFD |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Based upon the Joint Stipulation of Dismissal filed by Plaintiff American Alliance for Equal Rights and Defendant Tim Walz, in his official capacity as Governor of the State of Minnesota, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and the Court being fully advised;

**IT IS HEREBY ORDERED THAT:**

1. Based on the parties' stipulations, the action is DISMISSED WITH PREJUDICE.
2. Each party shall bear its own attorney's fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____                          _____
                                            Hon. Patrick J. Schiltz
                                            United States District Judge