UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>     Plaintiff,<br><br>v.<br><br>TIM WALZ, in his official capacity as Governor of the State of Minnesota,<br><br>     Defendant. | Case No. 24-CV-1748 (PJS/JFD)<br><br><br>ORDER OF DISMISSAL |

Based upon the Stipulation for Dismissal filed by the parties on April 3, 2025 [ECF No. 35],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: April 4, 2025

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court
